AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION



CRIMINAL COMPLAINT AUG 1 9 2009

UNITED STATES OF AMERICA

v.

WAYNE E. WIGGLESWORTH

ANDREW P. RODOVICH
UNITED STATES MAGISTRATE
U.S. DISTRICT COURT
CASE NO. 2:09MJ161
N. DIST. OF IN.

I, MARC ROCHON, am a Special Agent with the DEPARTMENT OF HOMELAND SECURITY/IMMIGRATION and CUSTOMS ENFORCEMENT, and undersigned complainant, being duly sworn state that the following is true and correct to the best of my knowledge and belief.

Between on or about July 1, 2009, through on or about August 17, 2009, in the Northern District of Indiana, defendant did;

use a facility and means of interstate commerce, to wit; one or more cellular telephones and one or more computers accessing the Internet, to knowingly attempt to persuade, induce, entice, and coerce an individual whom the defendant knew to be a male minor under the age of eighteen (18) to engage in sexual activity for which a person may be charged with a criminal offense under Illinois law;

in violation of Title 18, United States Code, Section 2422(b).

On or about August 17, 2009, in the Northern District of Indiana and elsewhere, defendant did;

travel in interstate commerce, to wit; from Valparaiso, Indiana to Chicago, Illinois, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a male minor under the age of eighteen (18);

in violation of Title 18, United States Code, Section 2423(b).

I further state that I am a Special Agent with the DEPARTMENT OF HOMELAND SECURITY/IMMIGRATION and CUSTOMS ENFORCEMENT and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   ( X ) Yes   ( ) No

Signature of Complainant
Marc Rochon

Sworn to before me, and subscribed in my presence

August 19, 2009                                    at    HAMMOND, INDIANA
Date                                                      City and State

ANDREW P. RODOVICH                                 S/Andrew P. Rodovich
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                 Signature of Judicial Officer

AUSA JILL R TRUMBULL-HARRIS

## AFFIDAVIT

I, Marc Rochon, being first duly sworn, state the following:

1. I am a Special Agent with the United States Immigration and Customs Enforcement, formerly called the United States Customs Service. I am currently assigned to the Office of the Special Agent in Charge, Chicago, Illinois, Chicago- South Team which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of the United States Immigration and Customs Enforcement (hereinafter referred to as ICE) in the Northern District of Indiana. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws.

2. I have been employed as a Special Agent with ICE for approximately 2 years and have been assigned to Chicago Office during that period. I have received training as a criminal investigator at the Federal Law Enforcement Training Center. Previous to my service with ICE, I spent over 9 years as a police officer with the Valparaiso Police Department, in Valparaiso, Indiana.

3. As a Special Agent, my responsibilities include investigating possible criminal violations of federal laws. Additionally, I have participated in the execution of search warrants in child pornography and child exploitation investigations involving searches and seizures of computers, computer equipment, software and electronically stored information.

4. What follows are the facts that I believe are necessary to establish probable cause for the issuance of the requested criminal complaint alleging coercion and enticement as well as interstate travel with intent to engage in illicit sexual conduct in violation of Title 18,

United States Code, Sections 2422(b) and 2423(b). The facts set forth herein are either personally known to me or have been told to me directly by law enforcement officers and others with whom I have worked on this case, including but not limited to the Chicago Police Department, the Indiana State Police, and other local law enforcement agencies. I have not included in this affidavit each and every fact known to me concerning this investigation.

## LEGAL BACKGROUND

5. Title 18, United States Code, Section 2422(b) provides for federal criminal prosecution of a person who attempts to or does use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense. In Illinois, committing an act of sexual penetration or sexual conduct with a victim who is at least 13 years of age but under 17 years of age and the accused was at least 5 years older than the victim constitutes aggravated criminal sexual abuse under 720 ILCS 5, Section 12-16.

6. Title 18, United States Code, Section 2423(b) provides for federal criminal prosecution of a person who travels in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person. Title 18, United States Code, Section 2423(f) defines "illicit sexual conduct" as a sexual act (as defined in Section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

## INVESTIGATION

7. The following is a summary of information provided to me by Detective Alan Krok of the Chicago Police Department.

> On 17 August 09, I was assigned an investigation of Indecent Solicitation of a Minor involving Wayne Wigglesworth, a 68 year old male from Valparaiso, Indiana and the victim, a fifteen year old male with the initials J.F. I learned from the General Offense Case Report # HR489635 that while on routine patrol, Bt 4237B, Officers Rivas, Mueller and Silva observed a vehicle make a turn without signaling properly. The officers curbed the vehicle for the violation. During the course of the field interview conducted by the officers, they asked the driver, Wayne Wigglesworth the name of his passenger and why the passenger, a minor was in his vehicle. Wigglesworth could not answer the question. The officers asked the minor the driver's name and he said he didn't know. For the safety of the minor, the occupants of the vehicle were asked to exit the vehicle.
>
> Once out of the vehicle, the minor was asked what he was doing in the car with Wigglesworth. The minor, now known as JF, told the officers he met the driver who he knows as Wayne, in an Internet chat room (called TeenChat.com) about 2-3 weeks ago. JF said that during the first chat session, Wayne asked him how old he was and he said he was 15. JF said that Wayne said he was 43 and lives in Indiana.
>
> JF said they stayed in contact by cell phone and text messages. According to JF, they would text each other every 3 or 4 days.
>
> JF said on Friday, 14 Aug 09, Wayne sent him a text message saying he wanted to come see him and hang out, probably on Monday 17 Aug 09. JF said Wayne called him on his cell phone Monday evening and said he was on his way out to see him. Wayne suggested to JF that they suck each other off and hold and hug each other. Wayne said to meet him on the corner of 60th and Rockwell in Chicago. Wayne arrived at the location and JF got in to his car. They were stopped by the officers about 3 blocks away for the traffic violation.
>
> The officers placed Wigglesworth under arrest. Pursuant to his arrest, the officers recovered from Wigglesworth's vehicle a cell phone, a Kodak digital camera and a clipboard with a pad of paper with writing on it. The officers inventoried these items.
>
> At the onset of this investigation, I arrived in the 008th police district to retrieve all reports and evidence pertinent to this investigation. Upon looking at the clipboard and notepad which was sealed in a clear plastic inventory bag, I observed on the top sheet the following notations:

3

"505-328-5379 NM 13 Michael"
"Keith 289-997-3789"
"TS Lysan Dorkid-13"

8. According to Detective Krok, after being arrested in the morning on August 18, 2009, Wigglesworth was read his *Miranda* rights and he thereafter refused to speak with law enforcement.

9. Detective Krok has also informed me that on August 19, 2009, he and others interviewed JF over the telephone while JF was at his home. During said interview, JF was asked what time of day he chatted online with Wigglesworth and JF responded that it was in the evening after dinner. JF was also asked whether Wigglesworth ever told him in a chat where Wigglesworth was using the computer to chat, and JF responded that Wigglesworth had told JF that Wigglesworth was at his home using his home computer.

10. On August 19, 2009, I used a public record database to look up the home street address of Wigglesworth and learned that it is 4904 Kellee Lane, Valparaiso, Indiana. Also on August 19, 2009, I confirmed with Detective Krok that following his arrest, Wigglesworth provided to law enforcement a home address of 4904 Kellee Lane, Valparaiso, Indiana.

## PROBABLE CAUSE

11. Based on the above facts, I believe probable cause exists for the issuance of a complaint alleging that Wigglesworth knowingly coerced and enticed a minor and traveled interstate with intent to engage in illicit sexual conduct with a minor in violation of Title 18, United States Code, Sections 2422(b) and 2423(b).

12. I therefore respectfully request that the attached complaint be issued by the Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Marc Rochon
Special Agent, Department of Homeland Security
Immigration and Customs Enforcement

Sworn and subscribed before me this 19th day of August, 2009.

**S/Andrew P. Rodovich**
_____
U.S. Magistrate Judge
Northern District of Indiana