AO 91 (Rev 5/85) Warrant for Arrest

2009-0055104

# United States District Court

FILED

NORTHERN DISTRICT OF INDIANA

2009 AUG 21 AM 9: 23

UNITED STATES OF AMERICA

v.

WAYNE E. WIGGLESWORTH

WARRANT FOR ARREST
CASE NO.

## 2:09MJ161

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WAYNE E. WIGGLESWORTH and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging that:

Between on or about July 1, 2009, through on or about August 17, 2009, in the Northern District of Indiana, defendant did use a facility and means of interstate commerce, to wit; one or more cellular telephones and one or more computers accessing the Internet, to knowingly attempt to persuade, induce, entice, and coerce an individual whom the defendant knew to be a male minor under the age of eighteen (18) to engage in sexual activity for which a person may be charged with a criminal offense under Illinois law; in violation of Title 18, United States Code, Section 2422(b).

On or about August 17, 2009, in the Northern District of Indiana and elsewhere, defendant did travel in interstate commerce, to wit; from Valparaiso, Indiana to Chicago, Illinois, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a male minor under the age of eighteen (18); in violation of Title 18, United States Code, Section 2423(b).

ANDREW P. RODOVICH
Name of Issuing Officer

**S/Andrew P. Rodovich**
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

August 19, 2009   Hammond, Indiana
Date and Location

(By) Deputy Clerk

Bail fixed at $ NO BAIL   by   ANDREW P. RODOVICH - U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at CHICAGO, IL | | |
| DATE RECEIVED 08-19-2009 | NAME AND TITLE OF ARRESTING OFFICER MARC ROCHON SPECIAL AGENT | (signature) |
| DATE OF ARREST 08-20-2009 | | |