1                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF INDIANA
2                       HAMMOND DIVISION

3    UNITED STATES OF AMERICA,        )
                                      )
4    vs.                              ) 2:09-CR-184
                                      )
5    WAYNE E. WIGGLESWORTH,           )

6        TRANSCRIPT OF HEARING ON MOTION FOR TEMPORARY RELEASE
                        January 6, 2011
7             BEFORE THE HONORABLE ANDREW P. RODOVICH
                 UNITED STATES DISTRICT MAGISTRATE
8

9    A P P E A R A N C E S:

10   FOR THE GOVERNMENT:

11                        DAVID CAPP
                          United States Attorney
12                        BY:  JILL TRUMBULL-HARRIS
                          U.S. Attorney's Office
13                        5400 Federal Plaza, Suite 1500
                          Hammond, Indiana  46320
14                        (219) 937-5500

15   FOR THE DEFENDANT:

16                        JOHN E. MARTIN
                          Federal Community Defenders, Inc.
17                        31 Sibley Street
                          Hammond, Indiana  46320
18                        (219) 937-8020

19   ALSO PRESENT:        Jerry Navarra, U.S. Probation Officer

20   Court Reporter:        Stacy L. Drohosky, FCRR, CRR, RPR
                            Official Court Reporter
21                          United States District Court
                            5400 Federal Plaza, Suite 4005
22                          Hammond, Indiana  46320
                            (219) 852-3462
23
     Proceedings reported by stenotype from an audio CD to the best
24   of my ability.  Transcript produced by computer-aided
     transcription.
25

1      (Whereupon, the following proceedings were held in open

2      court, reported as follows:)

3          THE COURT:  -- by Jill Trumbull-Harris, Assistant

4  U.S. Attorney.  The defendant is present with his attorney,

5  John Martin.  And we are here on the defendant's motion for

6  temporary release.

7      I assume there is no agreement on this, is that correct?

8          MS. TRUMBULL-HARRIS:  That is correct, Your Honor.

9          MR. MARTIN:  That is correct.

10         THE COURT:  It's your motion, Mr. Martin.  Is there

11  anything you want to offer to supplement it?

12         MR. MARTIN:  Yes, Your Honor.  I would offer to the

13  Court that Mr. Wigglesworth's family is willing and able -- his

14  daughter and her husband are willing to sign a security in

15  whatever amount the Court deems necessary.  She is willing to

16  sign that she will return her father and, if he were to not

17  return, that she would be liable for that security in an

18  amount -- bond amount whatever the Court -- it would put.

19      Also, she is willing to be instructed by the Court as to

20  the particulars of any release, and she is willing to be bound

21  by the contempt of the Court if, in fact, she were to not do

22  any of those terms.

23      What the family is willing to do, and would like to do,

24  Your Honor, is -- the funeral service is tomorrow.  The

25  visitation begins at ten, is from ten to twelve.  There is an

1    immediate funeral at twelve with the burial to follow.

2    Everything is to be by -- should be done by two o'clock.  So

3    the times that I put in the motion would be to pick up

4    Mr. Wigglesworth at the Kankakee County Jail -- I said 7 a.m.

5    Actually, 8 a.m. would be fine.  And then they would bring him

6    to the visitation and the funeral service.  It concludes at

7    two, so they would be able to have him back at the Kankakee

8    County Jail at four o'clock.

9        His daughter is here.  And she and her husband would pick

10   him up, accompany him at all times for the complete eight-hour

11   cycle from 8 a.m. to the 4 p.m., return -- and would make sure

12   that he -- and would drive him back immediately following the

13   burial service, and then they would forgo their other family

14   functions after that.  That they would just forgo, realizing

15   that four o'clock is the latest they should bring him back.  So

16   any kind of luncheon and that type of thing, they would forgo

17   doing that.

18           THE COURT:  Your motion gives the names of three

19   children:  Joseph, Rose, and Danielle.  Who are you suggesting

20   is the one that would receive -- it would be a third-party

21   custodian?

22           MR. MARTIN:  It would be Rose, Your Honor.

23           THE COURT:  Any other comments, Mr. Martin?

24           MR. MARTIN:  That's all the comments that I have,

25   Your Honor.

1          THE COURT:  Any comments from the government?

2          MS. TRUMBULL-HARRIS:  Yes, Your Honor.

3      As the Court is aware, the defendant has been charged with

4  the enticement of a minor via the Internet to meet the minor

5  and engage in sexually explicit conduct.  He was actually found

6  in a car with the minor.  He happened to be pulled over by law

7  enforcement.  He had the minor in his car.  He's also been

8  charged with traveling across state lines for the purpose of

9  engaging in illicit sexual conduct with a minor.

10      Those charges carry a mandatory minimum sentence of ten

11  years, that's on the enticement charge; and there is a

12  presumption of detention in this case under

13  18 U.S.C. 3142(e)(3)(E) based on the fact that he's facing ten

14  years -- a sentence of at least ten years and based on the fact

15  that he's charged with committing an offense involving a minor

16  victim.

17      Furthermore, under that statute, the Court has to weigh

18  several different factors.  One of the considerations for the

19  Court is the nature of the charges and the allegation against

20  the defendant.

21      Here -- the second factor that the Court has to consider

22  is the weight of the evidence against the defendant.  Now, not

23  only was the defendant found with this minor child in his car,

24  but the government has obtained cell site tower records which

25  track the defendant traveling from Indiana to Illinois to meet

1  the boy that night.  So we can prove the interstate travel

2  based on these cell site tower records, which clearly

3  illustrate him driving to meet the young man.

4       Furthermore, the government has found evidence in the

5  defendant's car which consisted of a notepad with the

6  names and telephone numbers of various other young boys

7  who the defendant was in contact with.  And we did an

8  extensive forensic examination of the defendant's computer

9  and found that he was spending a great deal of time on a

10  number of different websites where he was meeting young

11  boys.  Those websites were:  TeenSpot.com, and

12  Facebook.com, MySpace.com, and another website called

13  eSPIN-the-bottle.com.

14       The evidence from the defendant's computer also

15  revealed that he has placed an ad on craigslist just a few

16  days before he was arrested and that ad -- the subject of

17  that ad was "Handsome dad type wants a young guy M for M,"

18  male for male, Your Honor.

19       So the evidence in this case is overwhelming

20  regarding the defendant's charges.  And, in fact, law

21  enforcement has been in touch with a second young man who

22  the defendant was in contact with and who has reported to

23  law enforcement that he and the defendant -- or that the

24  defendant made a plan to meet this second young man as

25  well, although the young man became nervous and didn't

1    show up to the meeting.  The government is contemplating

2    charging the defendant with this second act of enticement

3    of a minor.

4        The Court is also required to examine the history and

5    characteristics of the defendant.  And I think in this --

6    on this point it's important to note that this -- the very

7    unfortunate death of the defendant's wife; she was his

8    estranged wife, Your Honor.

9        And we've been in touch with the family of his

10   estranged wife who -- and particularly her parents -- who

11   are very upset still today about the circumstance in which

12   the defendant met his wife.  She was a teenager at the

13   church where he was a priest when he met her.  The family

14   did not learn of a relationship between the two until his

15   wife became pregnant at the age of 19 and then informed

16   her family of their relationship.

17       Obviously, the family feels betrayed because they

18   were encouraging their daughter to spend time at the

19   church, thinking that she would be safe there and that

20   nobody at the church would try to take advantage of her

21   youth and her innocence and her naivete.  At any rate,

22   that's how the relationship began.

23       And we also understand that at the time that she --

24   just to give the Court a little background, the

25   defendant's wife became estranged from him prior to

1    getting into a very serious car accident.  And our

2    understanding from the family is that she found something

3    on the defendant's computer which upset her greatly, she

4    destroyed the computer, and then she moved to Iowa and was

5    in the process of seeking a divorce from the defendant

6    when she was very tragically struck by a drunk driver and

7    incapacitated.  She lived in that state for several years

8    but has just now recently died.  So it is his estranged

9    wife that he is asking the Court to see, and this is the

10   same woman who he met when she was a teenager at his

11   church where he was the priest.

12        Furthermore, Your Honor, we've -- I received an

13   e-mail earlier this week from the decedent's stepmother,

14   who has been in contact with me, and she informed me of

15   the death of the defendant's estranged wife.  And she also

16   indicated that the defendant has cashed in insurance

17   policies that were held in the name of his estranged wife,

18   and I don't know the value of those insurance policies.

19   I've tried to reach out to her.  But it's apparent that

20   the defendant may have come into or may be about to come

21   into a fair amount of money which, if provided by this

22   Court with an opportunity to be released from prison,

23   certainly increases the risk of flight that he poses.

24        So the government objects to the defendant being

25   released.  We feel that based on his offenses and the

1   presumption of detention, which states that it's presumed

2   that no condition or combination of conditions will

3   reasonably assure the appearance of the defendant as

4   required and the safety of the community, the weight of

5   the evidence, the nature and history and characteristics

6   of the defendant, based on all of those factors, we

7   believe he should be detained.  And so we object to his

8   release.

9           THE COURT:  Is that Rose Case?

10          MR. MARTIN:  Yes, it is, Your Honor.

11          THE COURT:  Ma'am, would you take the witness stand,

12  please.  I have some questions for you.

13      *(The oath was administered.)*

14          THE WITNESS:  Yes.

15          THE COURT:  Please be seated.

16                    **DIRECT EXAMINATION**

17  BY THE COURT:

18  Q.    Would you state your name for the record, please.

19  A.    My name is Kristin Rose Case.

20  Q.    And how old are you?

21  A.    Twenty-six.

22  Q.    You are single?

23  A.    I'm married.

24  Q.    You're married?

25  A.    (No audible response given.)

1  Q.    Okay.  And you are the daughter of Wayne Wigglesworth, is

2  that correct?

3  A.    Yes.

4  Q.    And in the pending motion, Mr. Martin lists three

5  children.  Do you have a brother named Joseph?

6  A.    Yes.

7  Q.    And is he older or younger than you?

8  A.    Older.

9  Q.    And how old is he?

10  A.    Twenty-eight.

11  Q.    And you have a sister named Danielle?

12  A.    Yes.

13  Q.    And how old is she?

14  A.    She's 23.

15  Q.    Twenty-three.  Okay.

16        Now, did you hear the government's attorney indicate that

17  your parents were estranged?

18  A.    Yes.

19  Q.    Did you -- let me back up a little bit.

20        Where did you go to high school?

21  A.    Um, Lampasas High School in Lampasas, Texas; and I

22  completed high school in Valparaiso, Indiana.

23  Q.    And -- so you were 18 when you graduated from high school?

24  A.    I was 17.

25  Q.    Okay.  Were your parents living together at the time --

1    A.    Yes.

2    Q.    -- that you graduated?

3    A.    Yes.

4    Q.    And did you continue to live with your parents after high

5    school, or did you go away to college, or what happened?

6    A.    I went away to college.

7    Q.    And did you ever return home and live with them on a

8    regular basis after you graduated from high school?

9    A.    Um, just briefly for one or two summers.

10   Q.    Okay.  Other than summers, though, once you graduated from

11   college, you were off on your own?

12   A.    That's correct.

13   Q.    When you graduated from high school, you indicated that

14   your parents still were married and living together?

15   A.    Yes.  And they owned a business together.

16   Q.    Pardon?

17   A.    Yes.  And they even owned a business together.

18   Q.    And when did your parents separate?

19   A.    It was in -- my mother took a job in Iowa in 2007.

20   Q.    And do you know why she moved to Iowa?  Did you have any

21   discussions with either -- let's talk about with your mother.

22   Did you have any discussions with your mother about why she

23   moved?

24   A.    She was having a hard time finding work in the Valparaiso

25   area, and she was able to secure a job working security in

1    Iowa.

2    Q.    Did she separate from your father before or after she

3    moved?

4    A.    After.

5    Q.    You said they owned a business together.  Why was she

6    looking for a job in Valpo?

7    A.    They owned a business when I graduated -- or after I

8    graduated from high school, and it -- it closed down in between

9    that time.

10   Q.    Were there -- to your acknowledge, were there any personal

11   reasons other than her looking for a reason on why she moved to

12   Iowa?

13   A.    At that time, no.

14   Q.    Okay.  Did you later find out that there were personal

15   problems between your mother and your father?

16   A.    Yes, I did.

17   Q.    When did you find that out?

18   A.    In September of 2007.

19   Q.    And did you talk to your mom or your dad, or how did you

20   find out there were problems?

21   A.    I talked to my mother, and she -- she wouldn't give me any

22   reasons, but she just made it clear that she wasn't happy and

23   that she wanted to stay in Iowa.  And she wouldn't tell me

24   anything further over the phone.

25   Q.    To your knowledge, did she ever discuss with either of

1  your siblings why she moved to Iowa?

2  A.   I don't believe so.  If -- it was vague.  Just like she

3  said to me, other than she left for a job.  It's a security --

4  Q.   You heard the government's attorney indicate that your

5  mother found something on a computer and broke the computer.

6  Had you heard of that before?

7  A.   I didn't know about destroying a computer, but I think I

8  found out later.  I did not know at the time.

9  Q.   So you did find out -- or did hear something about a

10  computer and your mother found something on a computer?

11  A.   Yes.

12  Q.   And who told you that?

13  A.   I think it's my brother.

14  Q.   When was your mother injured in the traffic accident?

15  A.   October 22, 2007.

16  Q.   And as I recall from the bond hearing, the injuries were

17  extremely serious and she required -- she was in a nursing

18  home?

19  A.   Yes.

20  Q.   And at some point in time, she was moved back to Valpo, is

21  that correct?

22  A.   Yeah.  She spent six weeks in the hospital in Iowa, and

23  the beginning of December 2007 she was moved to Valparaiso Care

24  and Rehab Center.

25  Q.   And she remained in the rehab center until her death?

1    A.    Yeah.  She died in the hospital.

2    Q.    I mean -- okay.  She never was able to live alone in a

3    house or an apartment?

4    A.    No.  She was unable to move or talk.

5    Q.    So I assume that this affected her cognitive abilities as

6    well?

7    A.    Yes.

8    Q.    So you never had any conversations with her about your

9    father after she returned from Iowa, is that correct?

10   A.    Correct.

11   Q.    And to your knowledge, were there any contacts between

12   your mother and your father before the traffic accident?

13   A.    Um -- maybe -- I think she'd sent him a birthday present.

14   His birthday was October 21st.

15   Q.    But she continued to live in Iowa at the time of her

16   accident?

17   A.    Yes.

18   Q.    And to your knowledge, did your father ever go to Iowa to

19   visit her?

20   A.    No.

21   Q.    Did your father visit your mother in the rehab center?  Do

22   you know?

23   A.    Every day.  Probably at least six hours a day.

24   Q.    He spent six hours a day there?

25   A.    He would go in the morning for probably three or four

1   hours and then again at night for two or three hours.  He was

2   her advocate because she couldn't talk for herself.

3   Q.   Now, the government referred to your mother's stepmother.

4   What is her name?

5   A.   Jerilyn.

6   Q.   I'm sorry?

7   A.   Jerilyn.  Jeri Manning, J-E-R-I-L-Y-N, Manning.

8   Q.   Would you spell that, please.

9   A.   M-A-N-N-I-N-G.

10  Q.   And have you had contacts with Mrs. Manning?

11  A.   I have not.  My brother -- my brother has.

12  Q.   Okay.  I guess she would be your stepgrandmother.  Did you

13  ever have a relationship with her?  Did you consider her your

14  grandmother?

15  A.   No.  I always called her Jeri.  She was always my

16  grandfather's wife.  I never considered her my grandmother, no.

17  Q.   Do you know what the relationship was between your

18  grandfather and Mr. Wigglesworth, your father, let's just say

19  before your mother's death.

20  A.   Um, I think they had a fine relationship.  After her

21  accident, they wanted to take custody of my mother, which meant

22  moving her to the East Coast and away from her three children.

23  So relations were not good since her accident.

24  Q.   Did you say her grandparents -- or your grandfather lives

25  on the East Coast?

1  A.   He lives in Baltimore.

2  Q.   So he is -- they never lived in Valparaiso while you were

3  growing up?

4  A.   No.

5  Q.   Has your grandfather made any comments to you about

6  whether he does or does not want your father at the funeral?

7  A.   He has not.

8  Q.   Pardon?

9  A.   He has not made any comments to me.

10  Q.   Has Jeri, as you called her, has she made any comments to

11  you one way or the other?

12  A.   No, she has not.

13        THE COURT:  Ms. Trumbull-Harris, do you have any

14  questions?

15        MS. TRUMBULL-HARRIS:  I do, Your Honor.

16                    **CROSS-EXAMINATION**

17  BY MS. TRUMBULL-HARRIS:

18  Q.   With regard to the computer that your mother found

19  something on, did you ever learn what it was she said she found

20  on the computer?

21  A.   No, I don't know what she found.

22  Q.   Did you learn even the general nature of what it was or

23  what it involved?

24  A.   Um, not -- I don't know specifically.  I -- I -- I know

25  that it was something similar maybe to what was found on his

1    computer.

2    Q.    Something involving children?

3    A.    Yes.

4    Q.    And an interest -- a sexual interest in children by your

5    father?

6    A.    I'm assuming so, yes.

7    Q.    When your grandfather was seeking to have your mother

8    moved from Iowa to the East Coast, did you ever have an

9    understanding of why he was seeking to have her moved?

10   A.    So that he could see her.

11   Q.    Did you -- were you ever made aware of a team of doctors,

12   specialists, that he had assembled that she would -- that would

13   be able to treat her in -- on the East Coast that were not

14   available in Iowa or in Indiana?

15   A.    They said -- they -- yes.  But we had a good rapport with

16   the doctors in Iowa, and it -- they let us know that there

17   wasn't much that they could do.  She was in a coma for the

18   first couple months.  There was nothing --

19             MS. TRUMBULL-HARRIS:  That's all I have, Your Honor.

20             THE COURT:  Mr. Martin?

21             MR. MARTIN:  If I could just have a second.

22                        **CROSS-EXAMINATION**

23   BY MR. MARTIN:

24   Q.    Do you recall your mother being moved to a specialty

25   hospital in Indianapolis?

1    A.    Yes.

2    Q.    And was that period of time approximately two weeks?

3    A.    Yes.

4    Q.    And what were the results of the care and the prognosis

5    from the specialty hospital in Indianapolis?

6    A.    We thought it would be at least a month, but they had to

7    release her after two weeks because they couldn't -- they

8    couldn't help her.  She received speech therapy, occupational

9    therapy, and physical therapy all there at the rehab hospital;

10   and she wasn't able enough to participate.

11   Q.    Okay.  Did you -- did you or your brothers and sisters

12   think that there was anything more that could be done in

13   Baltimore that couldn't be done in the local area?

14   A.    No.

15   Q.    Your mother had some insurance policies, to your

16   knowledge, approximately 13 months ago, correct?

17   A.    Yes.

18   Q.    And what have you found now with her death?  What have you

19   found concerning those insurance policies?

20   A.    That it's no longer valid.  The last payment was made in

21   the summer of 2009.

22             THE COURT:  Can you speak up.

23             THE WITNESS:  Yes.

24             THE COURT:   I know this is stressful for you, but

25   I --

1        What did you find out about the policies?

2            THE WITNESS:  The policy -- there was only one

3    policy.  We've called about ten different insurance companies

4    to see if there's a policy, but there has not been.  There was

5    one company that was paid for her, it was opened in 2003, and

6    my father continued to pay it up until his arrest.  And it was

7    closed in November of 2009, 13 months ago, and it is worth

8    nothing.

9    BY MR. MARTIN:

10   Q.   And have you and your brother and sister made the

11   arrangements for your mother's funeral?

12   A.   Yes.

13   Q.   And are you bearing the cost and the future payments

14   personally yourselves?

15   A.   Yes.

16            MR. MARTIN:  I have no further questions, Your Honor.

17                    **REDIRECT EXAMINATION**

18   BY THE COURT:

19   Q.   On the question of money, was a lawsuit filed against the

20   drunk driver?

21   A.   Yes.  There was no money.  We have a lawyer in Iowa, and

22   things are still pending over three years later.  And he's been

23   contacted, and there's -- there's no money that he could give.

24   Q.   So as of this moment, there was no estate, probate estate

25   or guardianship estate, set up for your mother?

1  A.   There was a conservatorship, and he said that he now has

2  to change that to an estate because she died and whatever money

3  is there -- I don't -- there's liens against it from all these

4  other insurance companies, so there was nothing to take to help

5  pay for her funeral.

6  Q.   Okay.  But there was no money set aside for her care,

7  let's say, a year or two after the accident, is that what

8  you're telling me?  The lawsuit still remains pending?

9  A.   Right.

10 Q.   Okay.

11 A.   To the best of my understanding of it.

12      THE COURT:  Anything further from the government?

13      MS. TRUMBULL-HARRIS:  Just briefly, Your Honor.

14                    **RECROSS-EXAMINATION**

15 BY MS. TRUMBULL-HARRIS:

16 Q.   Is Ben your brother?

17 A.   Benjamin Manning is my grandfather.

18 Q.   Okay.  Did your grandfather take out an insurance policy

19 on your mother?

20 A.   He said that he did.  But we -- we -- he gave us the name,

21 and every company he -- we called two companies that he gave us

22 that could be a possibility, and neither of them have anything

23 on file for her so -- we asked him to look through his files if

24 he has any record 'cause we have no record of anything at the

25 house, and he's yet to tell us anything different.

1   Q.   Is it accurate that your grandfather told you that he had

2   taken out an insurance policy on his daughter and that he had

3   given it to her?

4   A.   He said that -- he said that he had taken out an insurance

5   policy that was paid in full for her.

6   Q.   And he had given the policy to her?  In other words, she

7   had the paperwork at some point in time?

8   A.   I guess so.  I don't know -- I don't know if this was five

9   years ago or 25 years ago.  I don't know.

10  Q.   Okay.  Thank you.

11       THE COURT:  Anything else, Mr. Martin?

12       MR. MARTIN:  I'm sorry but just one or two more

13  questions.

14                    **RECROSS-EXAMINATION**

15  BY MR. MARTIN:

16  Q.   On the issue of the lawsuit in Iowa, do you have any

17  awareness that the driver was uninsured and that uninsured

18  motorist's coverage is all that's available?  Do you have that

19  knowledge?

20  A.   Yes.

21  Q.   And are you aware that the uninsured motorist's coverage

22  is $100,000 and your mother's medical bills far exceed that?

23  Are you aware of that or no?

24  A.   I don't know if that's the exact number.  I don't know.

25  Q.   Okay.  All right.  But you are aware that the driver was

1   uninsured?

2   A.   Uninsured, suspended license, previous DUIs, yes.

3   Q.   Okay.

4        MR. MARTIN:  No further questions, Your Honor.

5                   **REDIRECT EXAMINATION**

6   BY THE COURT:

7   Q.   Does Joseph still live in the area?

8   A.   Yes.

9   Q.   And have you talked to Joseph about your father being

10  released for the funeral?

11  A.   Yes.

12  Q.   And does Joseph want him released?

13  A.   Yes.

14  Q.   And have you talked to Danielle?

15  A.   Yes.

16  Q.   And does she still live in the area?

17  A.   Yes.

18  Q.   And she's -- wants him released?

19  A.   Yes.

20  Q.   And you do too?

21  A.   Yes.

22  Q.   All right.  You may step down.  Thank you.

23       THE COURT:  Any other evidence or proffers from

24  either side?

25       MR. MARTIN:  No, Your Honor.

1          MS. TRUMBULL-HARRIS:  May I have a moment,

2    Your Honor.

3          THE COURT:  Go ahead.

4          MS. TRUMBULL-HARRIS:  Just by way of proffer,

5    Your Honor, the government would remind you that Joseph had

6    drug charges that were pending at the time of the defendant's

7    initial detention hearing, and I believe he was incarcerated.

8    The government is not aware of his current status with regard

9    to those charges, whether he was convicted and whether he's in

10   jail, but that was the evidence at the time of the detention

11   hearing.

12         MR. MARTIN:  If I may have a brief proffer on that

13   issue, Your Honor.

14         THE COURT:  Go ahead.

15         MR. MARTIN:  I spoke with -- Joseph has had contact

16   with my office, and I've spoken with him at least two or three

17   occasions this week.  And so -- he is not incarcerated.  He

18   is -- he had work today and school this afternoon; otherwise,

19   he would have certainly been here as well.  I guess I can say

20   that he, as well as the other sister, are all willing to go

21   down to pick up their father.

22       But because the services are scheduled to begin at ten and

23   there's a function after the services, it was basically decided

24   to have Rose and her husband do the transporting.  But if the

25   Court wanted to, all of the siblings actually would.

 1      That's all I have by way of proffer.

 2           THE COURT:  Any other comments on the issue of his

 3  release?

 4           MR. MARTIN:  Yes, Your Honor.

 5      I believe that his daughter and her husband will

 6  abide by all the rules of the Court.  Mr. Wigglesworth is

 7  an elderly man, and I believe that they can control and

 8  make sure that he doesn't harm anyone or flee and -- yeah,

 9  I believe they can do that.  I also don't believe that he

10  will do that as well.  And they're aware of the

11  circumstance -- they're aware of the allegations, all of

12  it.  The government has spoken as to -- and they very much

13  want him to be released to go to the funeral, and they've

14  made assurances as best they can, of course, that they

15  will -- that he will be here.  And she is willing to sign

16  a money bond as well.

17           THE COURT:  Ms. Trumbull-Harris, any comments?

18           MS. TRUMBULL-HARRIS:  Yes, Your Honor.

19      Although he's an older man in his early 60s, I believe,

20  the --

21           MR. MARTIN:  He's 70 years old, Your Honor.

22           MS. TRUMBULL-HARRIS:  Seventy years old.  The

23  defendant is in good health and he's able-bodied.  I would also

24  remind the Court that, when he would visit his wife at the

25  nursing home where she was living, he first came to the

1    attention of law enforcement -- or he came to the attention of

2    law enforcement during that time when he struck up a

3    relationship with a young man between the ages of seven and

4    nine and began texting the boy.  That was a boy whose mother

5    worked at the nursing home.

6         Hold on one second.

7         And after she learned of the relationship, she called

8    law enforcement.

9         We do believe that this defendant is a danger to any

10   child that he has contact with.

11        THE COURT:  The Adam Walsh Act talks about electronic

12   monitoring if somebody is released on bond in a case such as

13   this.  The monitoring we have does not have any type of a GPS,

14   does it?

15        THE PROBATION OFFICER:  No.

16        THE COURT:  So since -- if he's released, it would be

17   for a few hours, so I don't see how that applies.

18        MS. TRUMBULL-HARRIS:  It is -- it is mandatory, as

19   the Court has noted, under the Adam Walsh Act some type of

20   electronic monitoring given the charges in the case.  How that

21   would be employed in a situation like this, the government's

22   unaware of it.

23        THE COURT:  Well, I guess -- if he's not residing at

24   somebody's house, then he would be -- have permission to be

25   away from that house; so, in effect, he has no electronic

1    monitoring.  Is that accurate?

2          MS. TRUMBULL-HARRIS:  Well, I guess because there's

3    no house at which he could be monitored, electronic monitoring

4    would have no effect.  I would agree with that.  And that would

5    be a concern to the government.

6          THE COURT:  Well, it's a concern of mine too.  That's

7    why I was wondering about a GPS system.  I also am concerned

8    about the distance between Kankakee and Porter County.  Is

9    there any reason he could not be housed either in Hammond or in

10   Porter County tonight so that it minimizes traveling, at least,

11   interstate?

12         THE MARSHAL:  Your Honor, if he's not released today,

13   he will be back housed at the Hammond City Jail this evening.

14         THE COURT:  So if I grant bond for tomorrow, he will

15   not be taken back to Kankakee, is that what you're telling me?

16         THE MARSHAL:  No, he will not.

17         THE COURT:  All right.

18      All right.  I will release the defendant on bond from

19   eight o'clock tomorrow to four o'clock tomorrow.

20      Miss Case, I am releasing him to your custody.  You

21   will have to sign as a third-party custodian.  It will be

22   a $20,000 unsecured bond.  You also would be responsible

23   if your father did not surrender or if you did not bring

24   your father back to this building and surrender to the

25   marshal service before four o'clock tomorrow.  Do you

1   understand that, ma'am?

2           MS. CASE:  (No audible response given.)

3           THE COURT:  All right.  Mr. Wigglesworth, I'm giving

4   you the benefit of the doubt in this case, and the only reason

5   I'm giving you the benefit of the doubt is because you spent so

6   much time with your wife when she was in the rehab center.  She

7   may have been estranged before the accident, but since you

8   cared for her after the accident, I am giving you the benefit

9   of the doubt in this case.  I expect you to cooperate fully

10  with your daughter or your other children.  They will pick you

11  up tomorrow at eight o'clock.  You will have to come back to

12  this court tomorrow before four.  Do you understand that, sir?

13          THE DEFENDANT:  (No audible response given.)

14          THE COURT:  Not only would you be indebted to the

15  government in the amount of $20,000 if you did not appear, you

16  will be obligating your daughter for the amount of $20,000 as

17  well.  Do you understand that?

18          THE DEFENDANT:  Yes, I do.

19          THE COURT:  And also if you failed to appear, the

20  government could file an additional felony against you which

21  could result in a fine, term of imprisonment, or combination of

22  both, and that is in addition to the charges that you currently

23  face.  Do you understand that, sir?

24          THE DEFENDANT:  Yes, I do.

25          THE COURT:  Mr. Wigglesworth and Miss Case, while the

1  defendant is on bond, he may not have any unsupervised contact

2  with any minor children and he may not have access to the

3  Internet.  Do you understand that?

4          THE DEFENDANT:  Yes.

5          MS. CASE:  (No audible response given.)

6          THE COURT:  And I'm talking about with all these

7  phones.  I'm not talking about just land-based computers.  No

8  access to the Internet of any type.  Do you understand that,

9  ma'am?

10          MS. CASE:  (No audible response given.)

11          THE COURT:  And I'll also include it to say he may

12  not have a cell phone of any type during his release.  Do you

13  understand that?

14          MS. CASE:  (No audible response given.)

15          THE COURT:  All right.  The marshals then will house

16  your father next door at the Hammond Police Station.  Where do

17  you want him picked up:  Here or next door?  Which would be

18  easier for you?

19          THE MARSHAL:  I'll have to have a discussion

20  downstairs, Your Honor, with --

21          THE COURT:  In this case you will have to check with

22  the marshal service as to where -- whether you pick him up here

23  or the police station right next door and whether you return

24  him to this building or to the police station next door.  Do

25  you understand that?  But you'll have to do whatever they tell

1  you.

2         MS. CASE:  (No audible response given.)

3         THE COURT:  If we had a GPS system, I would order

4  electronic monitoring; but since he is not spending the night

5  outside of the custody of the marshals, I do not believe that

6  the expense of electronic monitoring accomplishes anything in

7  this case.  If we had electronic monitoring GPS type, I would

8  order that; but I'm not going to order something that is, in

9  fact, a nullity.

10     Anything further then from either side?

11         MR. MARTIN:  No, Your Honor.

12         MS. TRUMBULL-HARRIS:  No, Your Honor.

13         THE COURT:  All right.  Mr. Wigglesworth, I'm giving

14  you the benefit of the doubt.  If there are any problems while

15  you are released, it will just compound your problems down the

16  line immeasurably.  There'll be further charges.  Your daughter

17  may be on the hook for $20,000.  It will be a matter that will

18  be considered at sentencing.  So you better be on your best

19  behavior while you are attending the funeral.

20         THE DEFENDANT:  Thank you.

21         MR. MARTIN:  Thank you, Your Honor.

22         DEPUTY CLERK:  All rise.

23         THE COURT:  Do you need -- do you have the papers

24  drawn?

25         DEPUTY CLERK:  (Indiscernible.)

1          THE COURT:  All right.  Then I'll just sign the bond

2   papers when they are prepared.

3        Ma'am, you will have to sign the papers before you leave

4   today.

5          MS. CASE:  (No audible response given.)

6   * * *

7        (End of requested transcript.)

8                              -oOo-

9   I certify that the foregoing transcript is a true and correct

10  copy of the proceedings recorded on CD, as taken down by me

11  stenographically from the recorded proceedings, to the best of

12  my ability.

13

14  Date:  August 8, 2011

15

                                    S/Stacy L. Drohosky
16                                  S/STACY L. DROHOSKY
                                    Court Reporter
17                                  U.S. District Court

18

19

20

21

22

23

24

25

**$**

$100,000 [1]  20/22
$20,000 [4]  25/22 26/15 26/16 28/17

**'**

'cause [1]  19/24

**-**

-oOo [1]  29/8

**1**

13 [2]  17/16 18/7
1500 [1]  1/13
17 [1]  9/24
18 [1]  9/23
18 U.S.C. 3142 [1]  4/13
184 [1]  1/4
19 [1]  6/15

**2**

2003 [1]  18/5
2007 [4]  10/19 11/18 12/15 12/23
2009 [2]  17/21 18/7
2011 [2]  1/6 29/14
219 [3]  1/14 1/18 1/22
21st [1]  13/14
22 [1]  12/15
23 [1]  9/14
25 [1]  20/9
2:09-CR-184 [1]  1/4

**3**

31 [1]  1/17
3142 [1]  4/13
3462 [1]  1/22

**4**

4005 [1]  1/21
46320 [3]  1/13 1/17 1/22

**5**

5400 [2]  1/13 1/21
5500 [1]  1/14

**6**

60s [1]  23/19

**7**

7 a.m [1]  3/4
70 [1]  23/21

**8**

8 a.m [2]  3/5 3/11
8020 [1]  1/18
852-3462 [1]  1/22

**9**

937-5500 [1]  1/14
937-8020 [1]  1/18

**A**

a.m [3]  3/4 3/5 3/11
abide [1]  23/6
abilities [1]  13/5
ability [2]  1/24 29/12
able [7]  2/13 3/7 10/25 13/2 16/13 17/10
  23/23
able-bodied [1]  23/23
about [16]  6/11 7/20 10/21 10/22 12/7
  12/9 13/8 15/5 18/1 18/3 21/9 24/11 25/7
  25/8 27/6 27/7
access [2]  27/2 27/8
accident [9]  7/1 12/14 13/12 13/16 14/21

14/23 19/7 26/7 26/8
accompany [1]  3/10
accomplishes [1]  28/6
accurate [2]  20/1 25/1
acknowledge [1]  11/10
across [1]  4/8
act [3]  6/2 24/11 24/19
actually [3]  3/5 4/5 22/25
ad [3]  5/15 5/16 5/17
Adam [2]  24/11 24/19
addition [1]  26/22
additional [1]  26/20
administered [1]  8/13
advantage [1]  6/20
advocate [1]  14/2
affected [1]  13/5
after [13]  10/4 10/8 11/2 11/4 11/7
  13/9 14/20 17/7 19/7 22/23 24/7 26/8
afternoon [1]  22/18
again [1]  14/1
against [6]  4/19 4/22 18/19 19/3 26/20
age [1]  6/15
ages [1]  24/3
ago [4]  17/16 18/7 20/9 20/9
agree [1]  25/4
agreement [1]  2/7
ahead [2]  22/3 22/14
aided [1]  1/24
all [22]  3/10 3/24 8/6 16/19 17/9 19/3
  20/18 20/25 21/22 22/20 22/25 23/1 23/6
  23/11 25/17 25/18 26/3 27/6 27/15 28/13
  28/22 29/1
allegation [1]  4/19
allegations [1]  23/11
alone [1]  13/2
also [13]  1/19 2/19 4/7 5/14 6/4 6/23 7/15
  23/9 23/23 25/7 25/22 26/19 27/11
although [2]  5/25 23/19
always [2]  14/15 14/15
am [3]  25/7 25/20 26/8
AMERICA [1]  1/3
amount [6]  2/15 2/18 2/18 7/21 26/15
  26/16
ANDREW [1]  1/7
another [1]  5/12
any [29]  2/20 2/22 3/16 3/23 4/1 6/21
  10/20 10/22 11/10 11/21 13/8 13/11 15/5
  15/9 15/10 15/13 19/24 20/16 21/23 23/2
  23/17 24/9 24/13 25/9 27/1 27/2 27/8
  27/12 28/14
anyone [1]  23/8
anything [10]  2/11 11/24 17/12 19/12
  19/22 19/24 19/25 20/11 28/6 28/10
apartment [1]  13/3
apparent [1]  7/19
appear [2]  26/15 26/19
appearance [1]  8/3
applies [1]  24/17
approximately [2]  17/2 17/16
are [18]  2/5 2/14 3/19 6/11 8/20 8/22 9/1
  18/13 18/22 20/21 20/23 20/25 22/20
  22/22 28/14 28/15 28/19 29/2
area [4]  10/25 17/13 21/7 21/16
arrangements [1]  18/11
arrest [1]  18/6
arrested [1]  5/16
as [22]  2/2 2/19 4/3 5/24 8/3 12/16 13/5
  15/10 18/24 22/19 22/20 22/20 23/10
  23/12 23/14 23/16 24/12 24/18 25/21
  26/16 27/22 29/10
aside [1]  19/6
asked [1]  19/23
asking [1]  7/9

assembled [1]  16/12
Assistant [1]  2/3
assume [2]  2/7 13/5
assuming [1]  16/6
assurances [1]  23/14
assure [1]  8/3
attending [1]  28/19
attention [2]  24/1 24/1
attorney [5]  1/11 2/4 2/4 9/16 12/4
Attorney's [1]  1/12
audible [8]  8/25 26/2 26/13 27/5 27/10
  27/14 28/2 29/5
audio [1]  1/23
August [1]  29/14
available [2]  16/14 20/18
aware [8]  4/3 16/11 20/21 20/23 20/25
  22/8 23/10 23/11
awareness [1]  20/17
away [4]  10/5 10/6 14/22 24/25

**B**

back [9]  3/7 3/12 3/15 9/19 12/20 25/13
  25/15 25/24 26/11
background [1]  6/24
Baltimore [2]  15/1 17/13
based [6]  4/13 4/14 5/2 7/25 8/6 27/7
basically [1]  22/23
basis [1]  10/8
be [43]
bearing [1]  18/13
became [3]  5/25 6/15 6/25
because [7]  6/17 14/2 17/7 19/2 22/22
  25/2 26/5
been [9]  4/3 4/7 5/21 6/9 7/14 18/4 18/22
  22/19 26/7
before [10]  1/7 5/16 11/2 12/6 13/12
  14/19 25/25 26/7 26/12 29/3
began [2]  6/22 24/4
begin [1]  22/22
beginning [1]  12/23
begins [1]  2/25
behavior [1]  28/19
being [3]  7/24 16/24 21/9
believe [10]  8/7 12/2 22/7 23/5 23/7 23/9
  23/9 23/19 24/9 28/5
Ben [1]  19/16
benefit [4]  26/4 26/5 26/8 28/14
Benjamin [1]  19/17
best [5]  1/23 19/11 23/14 28/18 29/11
betrayed [1]  6/17
better [1]  28/18
between [7]  6/14 11/8 11/15 13/11 14/17
  24/3 25/8
bills [1]  20/22
birthday [2]  13/13 13/14
bit [1]  9/19
bodied [1]  23/23
bond [9]  2/18 12/16 23/16 24/12 25/14
  25/18 25/22 27/1 29/1
both [1]  26/22
bottle.com [1]  5/13
bound [1]  2/20
boy [3]  5/1 24/4 24/4
boys [2]  5/6 5/11
brief [1]  22/12
briefly [2]  10/9 19/13
bring [3]  3/5 3/15 25/23
broke [1]  12/5
brother [6]  9/5 12/13 14/11 14/11 18/10
  19/16
brothers [1]  17/11
building [2]  25/24 27/24
burial [2]  3/1 3/13

**B**

business [4] 10/15 10/17 11/5 11/7

**C**

called [6] 5/12 14/15 15/10 18/3 19/21 24/7
came [2] 23/25 24/1
can [6] 5/1 17/22 22/19 23/7 23/9 23/14
CAPP [1] 1/11
car [5] 4/6 4/7 4/23 5/5 7/1
care [3] 12/23 17/4 19/6
cared [1] 26/8
carry [1] 4/10
case [12] 4/12 5/19 8/9 8/19 24/12 24/20 25/20 26/4 26/9 26/25 27/21 28/7
cashed [1] 7/16
CD [2] 1/23 29/10
cell [3] 4/24 5/2 27/12
center [4] 12/24 12/25 13/21 26/6
certainly [2] 17/23 22/19
certify [1] 29/9
change [1] 19/2
characteristics [2] 6/5 8/5
charge [1] 4/11
charged [3] 4/3 4/8 4/15
charges [8] 4/10 4/19 5/20 22/6 22/9 24/20 26/22 28/16
charging [1] 6/2
check [1] 27/21
child [2] 4/23 24/10
children [7] 3/19 9/5 14/22 16/2 16/4 26/10 27/2
church [4] 6/13 6/19 6/20 7/11
circumstance [2] 6/11 23/11
City [1] 25/13
clear [1] 11/22
clearly [1] 5/2
closed [2] 11/8 18/7
Coast [4] 14/22 14/25 16/8 16/13
cognitive [1] 13/5
college [3] 10/5 10/6 10/11
coma [1] 16/17
combination [2] 8/2 26/21
come [3] 7/20 7/20 26/11
comments [8] 3/23 3/24 4/1 15/5 15/9 15/10 23/2 23/17
committing [1] 4/15
community [2] 1/16 8/4
companies [3] 18/3 19/4 19/21
company [2] 18/5 19/21
complete [1] 3/10
completed [1] 9/22
compound [1] 28/15
computer [13] 1/24 5/8 5/14 7/3 7/4 12/5 12/5 12/7 12/10 12/10 15/18 15/20 16/1
computer-aided [1] 1/24
computers [1] 27/7
concern [2] 25/5 25/6
concerned [1] 25/7
concerning [1] 17/19
concludes [1] 3/6
condition [1] 8/2
conditions [1] 8/2
conduct [2] 4/5 4/9
conservatorship [1] 19/1
consider [2] 4/21 14/13
considerations [1] 4/18
considered [2] 14/16 28/18
consisted [1] 5/5
contact [6] 5/7 5/22 7/14 22/15 24/10 27/1
contacted [1] 18/23
contacts [2] 13/11 14/10

contemplating [1] 6/1
contempt [1] 2/21
continue [1] 10/4
continued [2] 13/15 18/6
control [1] 23/7
conversations [1] 13/8
convicted [1] 22/9
cooperate [1] 26/9
copy [1] 29/10
correct [7] 2/7 2/8 2/9 9/2 10/12 12/21 13/9 13/10 17/16 29/9
cost [1] 18/13
could [10] 16/10 16/17 16/21 17/12 18/23 19/22 25/3 25/9 26/20 26/21
couldn't [4] 14/2 17/7 17/8 17/13
County [4] 3/4 3/8 25/8 25/10
couple [1] 16/16
course [1] 23/14
court [25] 1/1 1/20 1/20 1/21 2/2 2/13 2/15 2/18 2/19 2/21 4/3 4/17 4/19 4/21 6/4 6/24 7/9 7/22 22/25 23/6 23/24 24/19 26/12 29/16 29/17
coverage [2] 20/18 20/21
CR [1] 1/4
craigslist [1] 5/15
CROSS [2] 15/16 16/22
CROSS-EXAMINATION [2] 15/16 16/22
CRR [1] 1/20
current [1] 22/8
currently [1] 26/22
custodian [2] 3/21 25/21
custody [3] 14/21 25/20 28/5
cycle [1] 3/11

**D**

dad [2] 5/17 11/19
danger [1] 24/9
Danielle [3] 3/19 9/11 21/14
Date [1] 29/14
daughter [9] 2/14 3/9 6/18 9/1 20/2 23/5 26/10 26/16 28/16
DAVID [1] 1/11
day [3] 13/23 13/23 13/24
days [1] 5/16
deal [1] 5/9
death [5] 6/7 7/15 12/25 14/19 17/18
decedent's [1] 7/13
December [1] 12/23
December 2007 [1] 12/23
decided [1] 12/23
deems [1] 2/15
defendant [24] 1/15 2/4 4/3 4/20 4/22 4/23 4/25 5/7 5/22 5/23 5/24 6/2 6/5 6/12 7/5 7/16 7/20 7/24 8/3 8/6 23/23 24/9 25/18 27/1
defendant's [10] 2/5 5/5 5/8 5/14 5/20 6/7 6/25 7/3 7/15 22/6
Defenders [1] 1/16
destroyed [1] 7/4
destroying [1] 12/7
detained [1] 8/7
detention [4] 4/12 8/1 22/7 22/10
did [38]
didn't [2] 5/25 12/7
died [3] 7/8 13/1 19/2
different [4] 4/18 5/10 18/3 19/25
DIRECT [1] 8/16
discuss [1] 11/25
discussion [1] 27/19
discussions [2] 10/21 10/22
distance [1] 25/8
DISTRICT [5] 1/1 1/1 1/7 1/21 29/17
DIVISION [1] 1/2

divorce [1] 7/5
do [33]
doctors [2] 16/11 16/16
does [7] 15/6 15/6 21/7 21/12 21/16 24/13 24/14
doesn't [1] 23/8
doing [1] 3/17
don't [12] 7/18 12/2 15/21 15/24 19/3 20/8 20/8 20/9 20/24 20/24 23/9 24/17
done [3] 3/2 17/12 17/13
door [4] 27/16 27/17 27/23 27/24
doubt [5] 26/4 26/5 26/9 28/14
down [5] 11/8 21/22 22/21 28/15 29/10
downstairs [1] 27/20
drawn [1] 28/24
drive [1] 3/12
driver [4] 7/6 18/20 20/17 20/25
driving [1] 5/3
Drohosky [1] 1/20 29/15 29/16
drug [1] 22/6
drunk [2] 7/6 18/20
DUIs [1] 21/2
during [2] 24/2 27/12

**E**

e-mail [1] 7/13
earlier [1] 7/13
early [1] 23/19
easier [1] 27/18
East [4] 14/22 14/25 16/8 16/13
effect [2] 24/25 25/4
eight [4] 3/10 9/10 25/19 26/11
eight o'clock [2] 25/19 26/11
eight-hour [1] 3/10
either [5] 10/21 11/25 21/24 25/9 28/10
elderly [1] 23/7
electronic [7] 24/11 24/20 24/25 25/3 28/4 28/6 28/7
else [1] 20/11
employed [1] 24/21
encouraging [1] 6/18
End [1] 29/7
enforcement [6] 4/7 5/21 5/23 24/1 24/2 24/8
engage [1] 4/5
engaging [1] 4/9
enough [1] 17/10
enticement [3] 4/4 4/11 6/2
eSPIN [1] 5/13
eSPIN-the-bottle.com [1] 5/13
estate [4] 18/24 18/24 18/25 19/2
estranged [8] 6/8 6/10 6/25 7/8 7/15 7/17 9/17 26/7
even [2] 10/17 15/22
evening [1] 25/13
ever [7] 10/7 11/25 13/18 14/13 15/19 16/8 16/11
every [2] 13/23 19/21
Everything [1] 3/2
evidence [7] 4/22 5/4 5/14 5/19 8/5 21/23 22/10
exact [1] 20/24
examination [8] 5/8 8/16 15/16 16/22 18/17 19/14 20/14 21/5
examine [1] 6/4
exceed [1] 20/22
expect [1] 26/9
expense [1] 28/6
explicit [1] 4/5
extensive [1] 5/8
extremely [1] 12/17

**F**

face [1] 26/23

## F

Facebook.com [1]  5/12
facing [1]  4/13
fact [5]  2/21 4/13 4/14 5/20 28/9
factor [1]  4/21
factors [2]  4/18 8/6
failed [1]  26/19
fair [1]  7/21
family [8]  2/13 2/23 3/13 6/9 6/13 6/16
6/17 7/2
far [1]  20/22
father [16]  2/16 11/2 11/15 13/9 13/12
13/18 13/21 14/18 15/6 16/5 18/6 21/9
22/21 25/23 25/24 27/16
FCRR [1]  1/20
Federal [3]  1/13 1/16 1/21
feel [1]  7/25
feels [1]  6/17
felony [1]  26/20
few [2]  5/15 24/17
file [2]  19/23 26/20
filed [1]  18/19
files [1]  19/23
find [5]  11/14 11/17 11/20 12/9 18/1
finding [1]  10/24
fine [3]  3/5 14/20 26/21
first [2]  16/18 23/25
five [1]  20/8
flee [1]  23/8
flight [1]  7/23
follow [1]  3/1
following [2]  2/1 3/12
follows [1]  2/2
foregoing [1]  29/9
forensic [1]  5/8
forgo [3]  3/13 3/14 3/16
found [14]  4/5 4/23 5/4 5/9 7/2 12/5 12/8
12/10 15/18 15/19 15/21 15/25 17/18
17/19
four [6]  3/8 3/15 13/25 25/19 25/25 26/12
four o'clock [4]  3/8 3/15 25/19 25/25
full [1]  20/5
fully [1]  26/9
function [1]  22/23
functions [1]  3/14
funeral [9]  2/24 3/1 3/6 15/6 18/11 19/5
21/10 23/13 28/19
further [6]  11/24 18/16 19/12 21/4 28/10
28/16
Furthermore [3]  4/17 5/4 7/12
future [1]  18/13

## G

gave [2]  19/20 19/21
general [1]  15/22
getting [1]  7/1
give [3]  6/24 11/21 18/23
given [11]  8/25 20/3 20/6 24/20 26/2
26/13 27/5 27/10 27/14 28/2 29/5
gives [1]  3/18
giving [4]  26/3 26/5 26/8 28/13
go [8]  9/20 10/5 13/18 13/25 22/3 22/14
22/20 23/13
going [1]  28/8
good [3]  14/23 16/15 23/23
government [14]  1/10 4/1 4/24 5/4 6/1
7/24 14/3 19/12 22/5 22/8 23/12 25/5
26/15 26/20
government's [3]  9/16 12/4 24/21
GPS [4]  24/13 25/7 28/3 28/7
graduated [7]  9/23 10/2 10/8 10/10 10/13
11/7 11/8
grandfather [7]  14/18 14/24 15/5 16/7

19/17 19/18 20/1
grandfather's [1]  14/16
grandmother [2]  14/14 14/16
grandparents [1]  14/24
grant [1]  25/14
great [1]  5/9
greatly [1]  7/3
growing [1]  15/3
guardianship [1]  18/25
guess [5]  14/12 20/8 22/19 24/23 25/2
guy [1]  5/17

## H

had [19]  4/7 12/6 13/8 14/10 14/20 16/12
16/15 17/6 17/15 20/1 20/2 20/4 20/6
20/7 22/5 22/15 22/18 28/3 28/7
HAMMOND [7]  1/2 1/13 1/17 1/22 25/9
25/13 27/16
Handsome [1]  5/17
happened [2]  4/6 10/5
happy [1]  11/22
hard [1]  10/24
harm [1]  23/8
HARRIS [4]  1/12 2/3 15/13 23/17
has [26]  4/3 4/17 4/21 4/24 5/4 5/15 5/21
5/22 7/8 7/14 7/18 14/11 15/5 15/7 15/9
15/10 15/10 15/12 18/4 19/1 19/24 22/15
23/12 24/10 24/19 24/25
have [49]
having [1]  10/24
he [71]
he's [12]  4/7 4/13 4/15 18/22 19/25 22/9
23/19 23/21 23/23 24/16 24/23 25/12
health [1]  23/23
hear [2]  9/16 12/9
heard [2]  12/4 12/6
hearing [4]  1/12 16/22 27/22/11
held [2]  2/1 7/17
help [2]  17/8 19/4
her [45]
here [7]  2/5 3/9 4/21 22/19 23/15 27/17
27/22
herself [1]  14/2
high [8]  9/20 9/21 9/22 9/23 10/4 10/8
10/13 11/8
him [18]  3/5 3/7 3/10 3/10 3/12 3/15 5/3
6/25 13/13 19/23 21/12 21/18 22/16
23/13 25/20 27/17 27/22 27/24
his [25]  2/4 2/13 3/9 4/7 4/23 6/7 6/9 6/12
6/14 7/8 7/10 7/17 7/25 8/7 13/14 15/25
18/6 19/23 20/2 22/8 23/2 23/5 23/19
23/24 27/12
history [2]  6/4 8/5
Hold [1]  24/6
home [4]  10/7 12/18 23/25 24/5
Honor [27]  2/8 2/12 2/24 3/22 3/25 4/2
5/18 6/8 7/12 8/10 15/15 16/19 18/16
19/13 21/4 21/25 22/2 22/5 22/13 23/4
23/18 23/21 25/12 27/20 28/11 28/12
28/21
HONORABLE [1]  1/7
hook [1]  28/17
hospital [5]  12/22 13/1 16/25 17/5 17/9
hour [1]  3/10
hours [5]  13/23 13/24 14/1 14/1 24/17
house [6]  13/3 19/25 24/24 24/25 25/3
27/15
housed [2]  25/9 25/13
how [7]  6/22 8/20 9/9 9/13 11/19 24/17
24/20
husband [4]  2/14 3/9 22/24 23/5

## I

I'll [3]  27/11 27/19 29/1

I'm [10]  8/23 14/6 16/6 20/12 26/3 26/5
27/6 27/7 28/8 28/13
I've [2]  7/19 22/16
illicit [1]  4/9
Illinois [1]  4/25
illustrate [1]  5/3
immeasurably [1]  28/16
immediate [1]  3/1
immediately [1]  3/12
important [1]  6/6
imprisonment [1]  26/21
Inc [1]  1/16
incapacitated [1]  7/7
incarcerated [2]  22/7 22/17
include [1]  27/11
increases [1]  7/23
indebted [1]  26/14
INDIANA [7]  1/1 1/13 1/17 1/22 4/25 9/22
16/14
Indianapolis [2]  16/25 17/5
indicate [2]  9/16 12/4
indicated [2]  7/16 10/13
Indiscernible [1]  28/25
informed [2]  6/15 7/14
initial [1]  22/7
injured [1]  12/14
injuries [1]  12/16
innocence [1]  6/21
instructed [1]  2/19
insurance [9]  7/16 7/18 17/15 17/19 18/3
19/4 19/18 20/2 20/4
interest [2]  16/4 16/4
Internet [3]  4/4 27/3 27/8
interstate [2]  5/1 25/11
involved [1]  15/23
involving [2]  4/15 16/2
Iowa [16]  7/4 10/19 10/20 11/1 11/12
11/23 12/1 12/22 13/9 13/15 13/18 16/8
16/14 16/16 18/21 20/16
is [69]
issue [3]  20/16 22/13 23/2
it [38]
it's [8]  2/10 6/6 7/19 8/1 12/3 12/13 17/20
25/6

## J

J-E-R-I-L-Y-N [1]  14/7
jail [4]  3/4 3/8 22/10 25/13
January [1]  1/6
Jeri [3]  14/7 14/15 15/10
Jerilyn [2]  14/5 14/7
Jerry [1]  1/19
JILL [2]  1/12 2/3
job [4]  10/19 10/25 11/6 12/3
JOHN [2]  1/16 2/5
Joseph [7]  3/19 9/5 21/7 21/9 21/12 22/5
22/15
just [15]  3/14 5/15 6/24 7/8 10/9 11/22
12/2 14/18 16/21 19/13 20/12 22/4 27/7
28/15 29/1

## K

Kankakee [4]  3/4 3/7 25/8 25/15
kind [1]  3/16
know [16]  7/18 10/20 12/7 12/8 13/22
14/17 15/21 15/24 15/24 16/16 17/24
20/8 20/8 20/9 20/24 20/24
knowledge [5]  11/25 13/11 13/18 17/16
20/19
Kristin [1]  8/19

## L

Lampasas [2]  9/21 9/21
land [1]  27/7

## L

land-based [1]  27/7
last [1]  17/20
later [3]  11/14 12/8 18/22
latest [1]  3/15
law [6]  4/6 5/20 5/23 24/1 24/2 24/8
lawsuit [3]  18/19 19/8 20/16
lawyer [1]  18/21
learn [3]  6/14 15/19 15/22
learned [1]  24/7
least [5]  4/14 13/23 17/6 22/16 25/10
leave [1]  29/3
left [1]  12/3
let [2]  9/19 16/16
let's [3]  10/21 14/18 19/7
liable [1]  2/17
license [1]  21/2
liens [1]  19/3
like [3]  2/23 12/2 24/21
line [1]  28/16
lines [1]  4/8
lists [1]  9/4
little [2]  6/24 9/19
live [6]  10/4 10/7 13/2 13/15 21/7 21/16
lived [2]  7/7 15/2
lives [2]  14/24 15/1
living [3]  9/25 10/14 23/25
local [1]  17/13
longer [1]  17/20
look [1]  19/23
looking [2]  11/6 11/11
luncheon [1]  3/16

## M

M-A-N-N-I-N-G [1]  14/9
ma'am [4]  8/11 26/1 27/9 29/3
made [9]  5/24 11/22 15/5 15/9 15/10
  16/11 17/20 18/10 23/14
MAGISTRATE [1]  1/7
mail [1]  7/13
make [2]  3/11 23/8
male [2]  5/18 5/18
man [7]  5/3 5/21 5/24 5/25 23/7 23/19
  24/3
mandatory [2]  4/10 24/18
Manning [4]  14/7 14/7 14/10 19/17
married [3]  8/23 8/24 10/14
marshal [2]  25/25 27/22
marshals [2]  27/15 28/5
MARTIN [7]  1/16 2/5 2/10 3/23 9/4 16/20
  20/11
matter [1]  28/17
may [10]  7/20 7/20 21/22 22/1 22/12 26/7
  27/1 27/2 27/11 28/17
maybe [2]  13/13 15/25
me [10]  7/14 7/14 9/19 11/21 11/23 12/3
  15/9 19/8 25/15 29/10
mean [1]  13/2
meant [1]  14/21
medical [1]  20/22
meet [4]  4/4 4/25 5/3 5/24
meeting [2]  5/10 6/1
met [6]  6/12 6/13 7/10
mine [1]  25/6
minimizes [1]  25/10
minimum [1]  4/10
minor [9]  4/4 4/4 4/6 4/7 4/9 4/15 4/23 6/3
  27/2
Miss [2]  25/20 26/25
mom [1]  11/19
moment [2]  18/24 22/1
money [7]  7/21 18/19 18/21 18/23 19/2
  19/6 23/16

## N

naivete [1]  6/21
name [5]  7/17 8/18 8/19 14/4 19/20
named [2]  9/5 9/11
names [2]  3/18 5/6
nature [3]  4/19 8/5 15/22
Navarra [1]  1/19
necessary [1]  2/15
need [1]  28/23
neither [1]  19/22
nervous [1]  5/25
never [4]  13/2 13/8 14/16 15/2
next [4]  27/16 27/17 27/23 27/24
night [3]  5/1 14/1 28/4
nine [1]  24/4
no [37]
nobody [1]  6/20
NORTHERN [1]  1/1
not [33]
note [1]  6/6
noted [1]  24/19
notepad [1]  5/5
nothing [3]  16/18 18/8 19/4
November [1]  18/7
now [6]  4/22 7/8 9/16 14/3 17/18 19/1
nullity [1]  28/9
number [2]  5/10 20/24
numbers [1]  5/6
nursing [3]  12/17 23/25 24/5

## O

o'clock [7]  3/2 3/8 3/15 25/19 25/19 25/25
  26/11
oath [1]  8/13
object [1]  8/7
objects [1]  7/24
obligating [1]  26/16
obtained [1]  4/24
Obviously [1]  6/17
occasions [1]  22/17

monitored [1]  25/3
monitoring [8]  24/12 24/13 24/20 25/1
  25/3 28/4 28/6 28/7
month [1]  17/6
months [3]  16/18 17/16 18/7
more [2]  17/12 20/12
morning [1]  13/25
mother [15]  1/19 10/21 10/22 11/15
  11/21 12/5 12/10 12/14 13/12 13/21
  14/21 15/18 16/7 16/24 17/15 18/25
  19/19 24/4
mother's [4]  14/3 14/19 18/11 20/22
motion [6]  1/6 2/5 2/10 3/3 3/18 9/4
motorist's [2]  20/18 20/21
move [1]  13/4
moved [11]  7/4 10/20 10/23 11/3 11/11
  12/1 12/20 12/23 16/8 16/9 16/24
moving [1]  14/22
Mr. [12]  2/10 2/13 3/4 3/23 9/4 14/18
  16/20 20/11 23/6 26/3 26/25 28/13
Mr. Martin [5]  2/10 3/23 9/4 16/20 20/11
Mr. Wigglesworth [6]  3/4 14/18 23/6 26/3
  26/25 28/13
Mr. Wigglesworth's [1]  2/13
Mrs. [1]  14/10
Mrs. Manning [1]  14/10
Ms. [2]  15/13 23/17
Ms. Trumbull-Harris [2]  15/13 23/17
much [2]  16/17 23/12 26/6
my [15]  1/24 8/19 10/19 11/21 12/13
  14/11 14/11 14/15 14/16 14/21 18/6
  19/11 19/17 22/16 29/12
MySpace.com [1]  5/12

occupational [1]  17/8
October [2]  12/15 13/14
October 21st [1]  13/14
October 22 [1]  12/15
off [1]  10/11
offense [1]  4/15
offenses [1]  7/25
offer [2]  2/11 2/12
office [2]  1/12 22/16
Officer [1]  1/19
Official [1]  1/20
okay [14]  9/1 9/15 9/25 10/10 11/14 13/2
  14/12 17/11 19/6 19/10 19/18 20/10
  20/25 21/3
old [5]  8/20 9/9 9/13 23/21 23/22
older [3]  9/7 9/8 23/19
once [1]  10/10
one [8]  3/20 4/18 10/9 15/11 18/2 18/5
  20/12 24/6
only [4]  4/23 18/2 26/4 26/14
oOo [1]  29/8
open [1]  2/1
opened [1]  18/5
opportunity [1]  7/22
order [3]  28/3 28/8 28/8
other [31]  3/13 3/23 5/6 10/10 11/11 12/3
  15/11 19/4 20/6 21/23 22/20 23/2 23/6 26/10
otherwise [1]  22/18
our [1]  7/1
out [10]  7/19 11/14 11/17 11/20 12/8
  12/9 18/1 19/18 20/2 20/4
outside [1]  28/5
over [3]  4/6 11/24 18/22
overwhelming [1]  5/19
own [1]  10/11
owned [4]  10/15 10/17 11/5 11/7

## P

p.m [1]  3/11
paid [2]  18/5 20/5
papers [3]  28/23 29/2 29/3
paperwork [1]  20/7
Pardon [2]  10/16 15/8
parents [6]  6/10 9/17 9/25 10/4 10/14
  10/18
participate [1]  17/10
particularly [1]  6/10
particulars [1]  2/20
party [2]  3/20 25/21
pay [2]  18/6 19/5
payment [1]  17/20
payments [1]  18/13
pending [4]  9/4 18/22 19/8 22/6
period [1]  17/2
permission [1]  24/24
personal [2]  11/10 11/14
personally [1]  18/14
phone [2]  11/24 27/12
phones [1]  27/7
physical [1]  17/9
pick [5]  3/3 3/9 22/21 26/10 27/22
picked [1]  27/17
placed [1]  5/15
plan [1]  5/24
Plaza [2]  1/13 1/21
please [4]  8/12 8/15 8/18 14/8
point [3]  6/6 12/20 20/7
police [3]  27/16 27/23 27/24
policies [5]  7/17 7/18 17/15 17/19 18/1
policy [7]  18/2 18/3 18/4 19/18 20/2 20/5
  20/6
Porter [2]  25/8 25/10
poses [1]  7/23

## P

possibility [1]  19/22
pregnant [1]  6/15
prepared [1]  29/2
present [3]  1/19 2/4 13/13
presumed [1]  8/1
presumption [2]  4/12 8/1
previous [1]  21/2
priest [2]  6/13 7/11
prior [1]  6/25
prison [1]  7/22
probably [2]  13/23 13/25
probate [1]  18/24
Probation [1]  1/19
problems [4]  11/15 11/20 28/14 28/15
proceedings [4]  1/23 2/1 29/10 29/11
process [1]  7/5
produced [1]  1/24
proffer [3]  22/4 22/12 23/1
proffers [1]  21/23
prognosis [1]  17/4
prove [1]  5/1
provided [1]  7/21
pulled [1]  4/6
purpose [1]  4/8
put [2]  2/18 3/3

## Q

question [1]  18/19
questions [5]  8/12 15/14 18/16 20/13
21/4

## R

rapport [1]  16/15
rate [1]  6/21
reach [1]  7/19
realizing [1]  3/14
reason [3]  11/11 25/9 26/4
reasonably [1]  8/3
reasons [2]  11/11 11/22
recall [2]  12/16 16/24
receive [1]  3/20
received [1]  7/12 17/8
recently [1]  7/8
record [3]  8/18 19/24 19/24
recorded [2]  29/10 29/11
records [1]  4/24 5/2
RECROSS [2]  19/14 20/14
RECROSS-EXAMINATION [2]  19/14
20/14
REDIRECT [2]  18/17 21/5
referred [1]  14/3
regard [2]  15/18 22/8
regarding [1]  5/20
regular [1]  10/8
rehab [5]  12/24 12/25 13/21 17/9 26/6
relations [1]  14/23
relationship [8]  6/14 6/16 6/22 14/13
14/17 14/20 24/3 24/7
release [8]  1/6 2/6 2/20 8/8 17/7 23/3
25/18 27/12
released [10]  7/22 7/25 21/10 21/12
21/18 23/13 24/12 24/16 25/12 28/15
releasing [1]  25/20
remained [1]  12/25
remains [1]  19/8
remind [2]  22/5 23/24
reported [3]  1/23 2/2 5/22
Reporter [3]  1/20 1/20 29/16
requested [1]  29/7
required [3]  6/4 8/4 12/17
residing [1]  24/23
response [8]  8/25 26/2 26/13 27/5 27/10

27/14 28/2 29/5
responsible [1]  25/22
result [1]  26/21
results [1]  17/4
return [5]  2/16 2/17 3/11 10/7 27/23
returned [1]  13/9
revealed [1]  5/15
right [10]  19/9 20/25 21/22 25/17 25/18
26/3 27/15 27/23 28/13 29/1
rise [1]  28/22
risk [1]  7/23
RODOVICH [1]  1/7
Rose [5]  3/19 3/22 8/9 8/19 22/24
RPR [1]  1/20
rules [1]  23/6

## S

S/Stacy [2]  29/15 29/16
safe [1]  6/19
safety [1]  8/4
said [9]  3/4 11/5 12/3 15/19 16/15 19/1
19/20 20/4 20/4
same [1]  7/10
say [5]  14/18 14/24 19/7 22/19 27/11
scheduled [1]  22/22
school [9]  9/20 9/21 9/22 9/23 10/5 10/8
10/13 11/8 22/18
seated [1]  8/15
second [6]  4/21 5/21 5/24 6/2 16/21 24/6
secure [1]  10/25
security [4]  2/14 2/17 10/25 12/3
see [4]  7/9 16/10 18/4 24/17
seeking [3]  7/5 16/7 16/9
sent [1]  13/13
sentence [2]  4/10 4/14
sentencing [1]  28/18
separate [2]  10/18 11/2
September [1]  11/18
serious [2]  7/1 12/17
service [5]  2/24 3/6 3/13 25/25 27/22
services [2]  22/22 22/23
set [2]  18/25 19/6
seven [1]  24/3
Seventy [1]  23/22
several [2]  4/18 7/7
sexual [2]  4/9 16/4
sexually [1]  4/5
she [70]
she'd [1]  13/13
she's [2]  9/14 21/18
should [3]  3/2 3/15 8/7
show [1]  6/1
Sibley [1]  1/17
siblings [2]  12/1 22/25
side [2]  21/24 28/10
sign [6]  2/14 2/16 23/15 25/21 29/1 29/3
similar [1]  15/25
since [4]  14/23 24/16 26/7 28/4
single [1]  8/22
sir [2]  26/12 26/23
sister [3]  9/11 18/10 22/20
sisters [1]  17/11
site [2]  4/24 5/2
situation [1]  24/21
six [4]  8/21 12/22 13/23 13/24
so [29]  3/2 3/7 3/15 5/1 5/19 7/8 7/24 8/7
9/23 12/2 12/9 13/5 13/8 14/23 15/2 16/6
16/10 18/24 19/4 19/23 20/8 22/17 24/16
24/17 24/25 25/10 25/14 26/5 28/18
some [5]  8/12 12/20 17/15 20/7 24/19
somebody [1]  24/12
somebody's [1]  24/24
something [8]  7/2 12/5 12/9 12/10 15/19

15/25 16/2 28/8
sorry [2]  14/6 20/12
speak [1]  17/22
specialists [1]  16/12
specialty [2]  16/24 17/5
specifically [1]  15/24
speech [1]  17/8
spell [1]  14/8
spend [1]  6/18
spending [2]  5/9 28/4
spent [3]  12/22 13/24 26/5
spoke [1]  22/15
spoken [2]  22/16 23/12
Stacy [3]  1/20 29/15 29/16
stand [1]  8/11
state [3]  4/8 7/7 8/18
states [6]  1/1 1/3 1/7 1/11 1/21 8/1
station [3]  27/16 27/23 27/24
status [1]  22/8
statute [1]  4/17
stay [1]  11/23
stenographically [1]  29/11
stenotype [1]  1/23
step [1]  21/22
stepgrandmother [1]  14/12
stepmother [2]  7/13 14/3
still [6]  6/11 10/14 18/22 19/8 21/7 21/16
Street [1]  1/17
stressful [1]  17/24
struck [2]  7/6 24/2
subject [1]  5/16
such [1]  24/12
suggesting [1]  3/19
Suite [2]  1/13 1/21
summer [1]  17/21
summers [2]  10/9 10/10
supplement [1]  2/11
sure [2]  3/11 23/8
surrender [2]  25/23 25/24
suspended [1]  21/2
system [2]  25/7 28/3

## T

take [5]  6/20 8/11 14/21 19/4 19/18
taken [4]  20/2 20/4 25/15 29/10
talk [4]  10/21 11/19 13/4 14/2
talked [3]  11/21 21/9 21/14
talking [2]  27/6 27/7
talks [1]  24/11
team [1]  16/11
teenager [2]  6/12 7/10
TeenSpot.com [1]  5/11
telephone [1]  5/6
tell [3]  11/23 19/25 27/25
telling [2]  19/8 25/15
temporary [2]  1/6 2/6
ten [7]  2/25 2/25 4/10 4/13 4/14 18/3
22/22
term [1]  26/21
terms [1]  2/22
Texas [1]  9/21
texting [1]  24/4
than [4]  9/7 10/10 11/11 12/3
Thank [4]  20/10 21/22 28/20 28/21
that [136]
that's [9]  3/24 4/11 6/22 10/12 16/19
20/18 20/24 23/1 25/6
their [4]  3/13 6/16 6/18 22/21
them [2]  10/7 19/22
then [9]  3/5 3/13 6/15 7/4 14/1 14/24
27/15 28/10 29/1
therapy [3]  17/8 17/9 17/9
there [26]  2/7 2/10 2/25 4/11 6/19 11/10

## T

there... [20] 11/10 11/14 11/20 13/11
  13/24 16/16 16/18 17/9 17/12 18/2 18/4
  18/4 18/21 18/24 19/1 19/3 19/4 19/6
  25/9 28/14
There'll [1] 28/16
there's [6] 13/4 18/23 18/23 19/3 22/23
  25/2
these [3] 5/2 19/3 27/6
they [29] 3/5 3/7 3/13 3/14 3/15 3/16 6/17
  10/15 10/17 11/5 11/7 14/20 14/21 15/2
  16/15 16/15 16/16 16/17 17/6 17/7 17/7
  23/7 23/9 23/12 23/14 23/14 26/10 27/25
  29/2
they're [2] 23/10 23/11
they've [1] 23/13
thing [1] 3/16
things [1] 18/22
think [6] 6/5 12/7 12/13 13/13 14/20
  17/12
thinking [1] 6/19
third [2] 3/20 25/21
third-party [2] 3/20 25/21
this [29] 2/7 4/12 4/23 5/19 5/24 6/2 6/5
  6/6 6/6 7/9 7/13 7/21 13/5 17/24 18/24
  20/8 22/17 22/18 24/9 24/13 24/21 25/13
  25/24 26/4 26/9 26/12 27/21 27/24 28/7
those [7] 2/22 4/10 5/11 7/18 8/6 17/19
  22/9
though [1] 10/10
thought [1] 17/6
three [8] 3/18 9/4 9/15 13/25 14/1 14/22
  18/22 22/16
through [1] 19/23
time [16] 5/9 6/18 6/23 9/25 10/24 11/9
  11/13 12/8 12/20 13/15 17/2 20/7 22/6
  22/10 24/2 26/6
times [2] 3/3 3/10
today [4] 6/11 22/18 25/12 29/4
together [5] 9/25 10/14 10/15 10/17 11/5
told [2] 12/12 20/1
tomorrow [7] 2/24 25/14 25/19 25/19
  25/25 26/11 26/12
tonight [1] 25/10
too [2] 21/20 25/6
took [1] 10/19
touch [2] 5/21 6/9
tower [2] 4/24 5/2
track [1] 4/25
traffic [2] 12/14 13/12
tragically [1] 7/6
transcript [4] 1/6 1/24 29/7 29/9
transcription [1] 1/24
transporting [1] 22/24
travel [1] 5/1
traveling [3] 4/8 4/25 25/10
treat [1] 16/13
tried [1] 7/19
true [1] 29/9
TRUMBULL [4] 1/12 2/3 15/13 23/17
TRUMBULL-HARRIS [2] 1/12 2/3
try [1] 6/20
twelve [2] 2/25 3/1
Twenty [3] 8/21 9/10 9/15
Twenty-eight [1] 9/10
Twenty-six [1] 8/21
Twenty-three [1] 9/15
two [11] 3/2 3/7 6/14 10/9 14/1 17/2 17/7
  19/7 19/21 20/12 22/16
two o'clock [1] 3/2
type [7] 3/16 5/17 24/13 24/19 27/8 27/12
  28/7

## U

U.S [4] 1/12 1/19 2/4 29/17
U.S.C. [1] 4/13
Um [5] 9/21 10/9 13/13 14/20 15/24
unable [1] 13/4
unaware [1] 24/22
under [3] 4/12 4/17 24/19
understand [9] 6/23 26/1 26/12 26/17
  26/23 27/3 27/8 27/13 27/25
understanding [3] 7/2 16/9 19/11
unfortunate [1] 7/6
uninsured [5] 20/17 20/17 20/21 21/1
  21/2
UNITED [5] 1/1 1/3 1/7 1/11 1/21
unsecured [1] 25/22
unsupervised [1] 27/1
until [3] 6/14 12/25 18/6
up [13] 3/3 3/10 6/1 9/19 15/3 17/22 18/6
  18/25 22/21 24/2 26/11 27/17 27/22
upset [2] 6/11 7/3
us [4] 16/16 19/20 19/21 19/25

## V

vague [1] 12/2
valid [1] 17/20
Valparaiso [4] 9/22 10/24 12/23 15/2
Valpo [2] 11/6 12/20
value [1] 7/18
various [1] 5/6
very [5] 6/6 6/11 7/1 7/6 23/12
via [1] 4/4
victim [1] 4/16
visit [3] 13/19 13/21 23/24
visitation [2] 2/25 3/6

## W

Walsh [2] 24/11 24/19
want [5] 2/11 15/6 21/12 23/13 27/17
wanted [3] 11/23 14/21 22/25
wants [2] 5/17 21/18
was [66]
wasn't [3] 11/22 16/17 17/10
way [3] 15/11 22/4 23/1
WAYNE [2] 1/5 9/1
we [19] 2/5 5/1 5/7 6/23 7/25 8/6 8/7
  16/15 17/6 18/21 19/20 19/20 19/21
  19/23 19/24 24/9 24/13 28/3 28/7
we've [4] 6/9 7/12 18/3
website [1] 5/12
websites [2] 5/10 5/11
week [2] 7/13 22/17
weeks [3] 12/22 17/2 17/7
weigh [1] 4/17
weight [2] 4/22 8/4
well [10] 5/25 13/6 22/19 22/20 23/10
  23/16 24/23 25/2 25/6 26/17
went [1] 10/6
were [23] 2/1 2/16 2/21 5/11 6/18 7/17
  9/17 9/23 9/25 10/11 10/14 11/10 11/10
  11/14 11/20 12/16 13/11 14/23 15/2
  16/11 16/13 17/4 22/6
what [15] 2/23 10/5 14/4 14/17 15/19
  15/21 15/22 15/23 15/25 17/4 17/18
  17/18 18/1 19/7 25/15
whatever [4] 2/15 2/18 19/2 27/25
when [14] 6/13 7/6 7/10 9/23 10/13 10/18
  11/7 11/17 12/14 16/7 23/24 24/2 26/6
  29/2
where [7] 5/10 6/13 7/11 9/20 23/25
  27/16 27/22
Whereupon [1] 2/1
whether [5] 15/6 22/9 22/9 27/22 27/23
which [11] 4/24 5/2 5/5 6/11 7/3 7/21 8/1

  14/21 25/3 26/20 27/17
while [4] 15/2 26/25 28/14 28/19
who [9] 3/19 5/7 5/21 5/22 6/10 6/10 7/10
  7/14 12/12
whose [1] 24/4
why [7] 10/20 10/22 11/5 11/11 12/1 16/9
  25/7
wife [12] 6/7 6/8 6/10 6/12 6/15 6/25 7/9
  7/15 7/17 14/16 23/24 26/6
WIGGLESWORTH [8] 1/5 3/4 9/1 14/18
  23/6 26/3 26/25 28/13
Wigglesworth's [1] 2/13
will [21] 2/16 8/2 23/5 23/10 23/15 23/15
  25/13 25/14 25/16 25/18 25/21 25/21
  26/10 26/11 26/16 27/15 27/21 28/15
  28/17 28/17 29/3
willing [8] 2/13 2/14 2/15 2/19 2/20 2/23
  22/20 23/15
witness [1] 8/11
woman [1] 7/10
wondering [1] 25/7
words [1] 20/6
work [2] 10/24 22/18
worked [1] 24/5
working [1] 10/25
worth [1] 18/7
would [43]
wouldn't [2] 11/21 11/23

## Y

yeah [3] 12/22 13/1 23/8
year [1] 19/7
years [9] 4/11 4/14 4/14 7/7 18/22 20/9
  20/9 23/21 23/22
yes [41]
yet [1] 19/25
you [119]
you'll [1] 27/25
you're [3] 8/24 19/8 25/15
young [8] 5/3 5/6 5/10 5/17 5/21 5/24
  5/25 24/3
younger [1] 9/7
your [94]
Your Honor [2] 22/2 22/5
yourselves [1] 18/14
youth [1] 6/21