# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

v.                        CASE NUMBER: 2:09-CR-184

WAYNE E. WIGGLESWORTH

       Defendant.

## SENTENCING MEMORANDUM

Comes now defendant, by counsel, John E. Martin, to sentence the defendant to 120 months Bureau of Prisons. In support of this memorandum, the defense states as follows:

1.      The defendant is 71 years of age and if sentenced to 120 months Bureau of Prisons will be close to 80 years of age upon release.

2.      The parties have agreed to recommend that the Court impose a term of supervised release of not less than 10 years meaning the defendant would be under supervision until age 90.

3.      The defendant has no prior criminal history.

4.      120 months Bureau of Prisons is within the recommended guideline range of imprisonment of 108-135 months.

WHEREFORE, the defense requests this Honorable Court to sentence the defendant to 120 months Bureau of Prisons followed by 10 years of supervised release.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:    s/ John E. Martin
          John E. Martin
          31 East Sibley Street
          Hammond, IN  46320
          Phone: (219) 937-8020
          Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

      Jill Rochelle Koster
      Jill.Koster@usdoj.gov

      s/John E. Martin