UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:09 CR 184 JTM-APR |
| v. ) | |
| ) | |
| WAYNE E. WIGGLESWORTH ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

Comes now the United States of America, by David Capp, United States Attorney for the Northern District of Indiana, through Jill Rochelle Koster, Assistant United States Attorney, to state that the Government agrees with the information provided in Defendant's Sentencing Memorandum, filed on July 30, 2012, DE 67, and respectfully requests that the Court sentence Defendant to the periods of imprisonment and supervised release agreed upon by the parties and set forth in the plea agreement. DE 54, paras. 7(c)(i) and (ii). Specifically, the government respectfully requests that the Court sentence Defendant to serve a 120-month term of incarceration followed by a 10 year term of supervised release. *Id.*

The Government believes that a sentence of 120 months, which is a within-Guideline sentence in this case, appropriately rewards Defendant for timely accepting responsibility for his criminal conduct. At the same time, however, a sentence of 120 months incarceration will accomplish the goals, set forth in 18 USC Section 3553(a), of providing just punishment to Defendant, reflecting the seriousness of his offense, promoting respect for the law, affording adequate deterrence to criminal conduct, protecting the public from further crimes of Defendant, and avoiding unwarranted sentence disparities among defendants with similar records who have been

found guilty of similar conduct.

                                      Respectfully submitted,

                                      DAVID CAPP
                                      United States Attorney

By: */S/ Jill Rochelle Koster*
      JILL ROCHELLE KOSTER
      Assistant United States Attorney
      5400 Federal Plaza, Suite 1500
      Hammond, Indiana 46320
      (219) 937-5660

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Counsel for Wayne Wigglesworth: John E. Martin John_Martin@fd.org

                      By:    */ S / Jill Rochelle Koster*
                                JILL ROCHELLE KOSTER
                                Assistant United States Attorney
                                5400 Federal Plaza, Suite 1500
                                Hammond, Indiana 46320
                                (219) 937-5500